478 A.2d 115

Commonwealth v. Jordan, Appellant.
Petition for Allowance of Appeal
Denied Oct. 16, 1984.

Submitted November 28, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Appeal dismissed.